IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA MUCHIN and PAUL GIBB,<br><br>  Plaintiffs,<br><br>  v.<br><br>MYLAN N.V., *et al.*,<br><br>  Defendants.<br>                                                                    / | No. C 16-06883 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEYS ADAM K. LEVIN, MITCHELL E. ZAMOFF, AND DAVID M. FOSTER** |

The *pro hac vice* application of Attorneys Adam L. Levin, Mitchell E. Zamoff, and David M. Foster (Dkt. Nos. 16–18) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of the District of Columbia" — is inadequate under the local rule because it fails to identify a specific court. While the application fees do not need to be paid again, the applications cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated: January 9, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE